UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  CV 25-00005-KS                                                                  Date: March 5, 2025

Title      *Natalie Erickson v. Primal Queen, LLC*

Present: The Honorable:     Karen L. Stevenson, Chief Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Petitioner:  N/A          Attorneys Present for Respondent:  N/A

**Proceedings:  (IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL [DKT. NO. 13]**

The Court is in receipt of Plaintiff Natalie Erickson's Notice of Voluntary Dismissal with Prejudice, filed on March 3, 2025. (Dkt. No. 13.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court accepts Plaintiff's Notice and directs this matter to be DISMISSED with prejudice.  All pending motions are TERMINATED.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | gr |